IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　　Plaintiff,<br><br>v.<br><br>ABM JANITORIAL SERVICES-SOUTH CENTRAL, INC.,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§　EP-08-CV-220-DB<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

On this day, the Court entered an Agreed Order, dismissing the above-captioned cause with prejudice. The Court now enters Final Judgment pursuant to Federal Rule of Civil Procedure 58.[1]

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT.**

SIGNED this **24th** day of **July, 2009.**

_____
THE HONORABLE DAVID BRIONES
UNITED STATES DISTRICT JUDGE

---

[1] While the Court enters final judgment on the instant cause, the Court retains jurisdiction over the settlement agreement. *Bourg v. Cont'l Oil Co.*, No. 98-30572, 1999 WL 684161, at *2 n.3 (5th Cir. Aug. 13, 1999).